UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------x
MICHAEL CAVALLO                          :
        Plaintiff,                     :   CASE NO.:
                                          :
v.                                       :
                                          :
ANDRE JAHLANI SMITH AND                  :
MDN FREIGHT INC.                         :
        Defendant.                     :
                                          :   JANUARY 20, 2023
-----------------------------------------------------------x

## NOTICE OF REMOVAL

      Pursuant to 28 U.S.C. §§ 1441 and 1446, the undersigned defendants submit this notice of removal of a state court action currently pending in the Superior Court of the State of Connecticut, Judicial District of Danbury, entitled <u>Michael Cavallo v. Andre Jahlani Smith and MDN Freight Inc.</u>, Docket Number DBD-CV23-6045049-S, returnable January 17, 2023. As grounds for removal, the defendants state the following:

      1.     The plaintiff's action arises out of a multi-vehicle motor vehicle accident allegedly caused by the negligence of defendant Andre Jahlani Smith, while operating a vehicle within the scope of his employment with defendant MDN Freight Inc. ("MDN") The plaintiff alleges that he sustained personal injuries that required him to expend large sums of money for medical care, necessitate future

LAW OFFICES • NUZZO & ROBERTS, L.L.C. • CHESHIRE, CONNECTICUT 06410 • (203) 250-2000  FAX (203) 250-3131 • JURIS NUMBER 019193
ONE TOWN CENTER • POST OFFICE BOX 747

medical care, prevented him from working, may impair his earning capacity, and prevented him from participating in and enjoying his usual activities.

    2.    The plaintiff served process on the defendants through the Commissioner of Motor Vehicles for the State of Connecticut on December 21, 2022, and thereafter mailed to the defendants a copy of the writ, summons, and complaint via certified mail, postage paid, return receipt requested. A copy of the writ, summons, and complaint are attached hereto as **Exhibit A**. A copy of the marshal's return of service of process is attached hereto as **Exhibit B**. According to the marshal's supplemental return, defendant MDN received the writ, summons, and complaint on December 28, 2022. A copy of the marshal's supplemental return of service of process is attached hereto as **Exhibit C**. There are no other returns.

    3.    The action described in the preceding paragraphs is a civil action over which this Court has original jurisdiction under the provisions of Title 28, United States Code §1332. This case is removable to this Court by the defendants because:

    a)    the plaintiff is a citizen of the State of Connecticut;

    b)    defendant Smith is a resident of the State of North Carolina;

    c)    defendant MDN is a business incorporated in the State of Iowa, and has a principal place of business in Davenport, Iowa;

    d)    defendant MDN has no officers who have Connecticut citizenship;

    e)    there is complete diversity of citizenship between the plaintiff and the defendants to this lawsuit.

4. Based on the allegations of the plaintiff's complaint, the defendants have a good faith belief that the amount in controversy exceeds $75,000, excluding interest and costs.

5. This Court has subject matter jurisdiction over all claims contained within this lawsuit.

6. This notice of removal is timely. The defendants filed this notice of removal with this Court within thirty days after receipt of the writ, summons, and complaint setting forth the claim for relief upon which the action is based.

7. In accordance with 28 U.S.C. § 1446(d), the defendants will promptly give written notice of this notice of this notice of removal to all adverse parties and will file a copy of the notice with the State court from which this action is being removed.

WHEREFORE the defendants, Andre Jahlani Smith and MDN Freight Inc., remove the foregoing action, now pending in the Superior Court, Judicial District of Danbury, to this Court.

        THE DEFENDANTS
        ANDRE JAHLANI SMITH and MDN FREIGHT INC.

By  /s/*Richard W. Mather*
    Richard W. Mather, Esq.
    Federal Bar #: ct 28805
    NUZZO & ROBERTS, L.L.C.
    One Town Center
    P.O. Box 747
    Cheshire, CT 06410
    Phone: (203) 250-2000
    Facsimile: (203) 250-3131
    rmather@nuzzo-roberts.com

## CERTIFICATION

I certify that a copy of the above was or will immediately be mailed or delivered electronically or non-electronically on January 20, 2023 to all counsel and self-represented parties of record and that written consent for electronic delivery was received from all counsel and self-represented parties of record who were or will immediately be electronically served.

Garrett M. Moore, Esq.
Moore, O'Brien & Foti
891 Straits Turnpike
Middlebury, CT 06762
gmoore@mojylaw.com

                                        /s/*Richard W. Mather*
                                        Richard W. Mather

F:\WP\416020\135\PLEADINGS\Federal\Notice of Removal 01 20 23.docx